1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11   NATIONAL LABOR RELATIONS              Case No. 17-MC-0071 GW (RAO)
     BOARD,
12
                        Applicant,
13                                          ORDER ACCEPTING REPORT
         v.                                 AND RECOMMENDATION OF
14                                          UNITED STATES MAGISTRATE
     KAVA HOLDINGS, LLC,                    JUDGE
15
                        Respondent.
16

17
           Pursuant to 28 U.S.C. § 636, the Court has reviewed the National Labor
18
     Relations Board's ("NLRB's") Application, Respondent's Memorandum in
19
     Opposition thereto, all of the other records and files herein, and the Report and
20
     Recommendation of United States Magistrate Judge ("Report"). The time for filing
21
     objections to the Report has passed, and no objections have been filed. The Court
22
     hereby accepts and adopts the findings, conclusions, and recommendations of the
23
     Magistrate Judge.
24
           IT IS HEREBY ORDERED that the NLRB's Application for a Summary
25
     Order Requiring Obedience with Administrative Subpoenas *Duces Tecum* is
26
     GRANTED. Respondent shall produce the requested documents within fourteen
27
     (14) days of the date of this order.
28

1       IT IS FURTHER ORDERED that the NLRB's request for attorney fees

2 incurred in the instant action is DENIED.

3

4 DATED: August 31, 2017       _____ *George H. Wu* _____

                              GEORGE H. WU

5                               UNITED STATES DISTRICT JUDGE