# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br><br>        Applicant,<br><br>  v.<br><br>KAVA HOLDINGS, LLC,<br><br>        Respondent. | Case No. 17-MC-0071 GW (RAO)<br><br>JUDGMENT |

In accordance with the Order Accepting Report and Recommendation of United States Magistrate Judge issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that the National Labor Relations Board's Application for a Summary Order Requiring Obedience with Administrative Subpoenas *Duces Tecum* is GRANTED.

DATED: August 31, 2017

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE